Alan Stuart Graf, OSB # 92317
alan@hippielawyer.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED'07 AUG 16 13:59USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALETA S. COMSTOCK

    Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV 06-6300-KI

ORDER FOR EAJA
ATTORNEY FEES

Based upon the stipulation of the parties, the Commissioner is ordered to pay $4,278.32 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of Plaintiff's attorney and mailed to Plaintiff's attorney . No costs are awarded to either party..

It is so ordered:

DATED 8/16/07

United States District Court Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff

ORDER